# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

ANDREA GOVAEEA,

    Plaintiff,

v.                                                                   Case No. 2:22-cv-00010-SPC-MRM

UNITED STATES OF AMERICA,
    Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

The United States of America answers the numbered paragraphs of Plaintiff's Complaint and asserts affirmative defenses as follows:

1. This paragraph contains jurisdictional allegations to which no response is required. To the extent a response is deemed required, deny.

2. Defendant lacks sufficient information or belief to admit or deny the allegations of Paragraph 2 and therefore denies same.

3. Defendant admits that the United States Postal Service ("USPS") is an independent establishment of the executive branch of the federal government of the United States. Defendant denies the remaining allegations of Paragraph 3.

4. Defendant admits that this Court has exclusive jurisdiction over Federal Tort Claims Act ("FTCA") suits but denies the remainder of the paragraph.

5. Paragraph 5 contains conclusions of law to which no response is needed. To the extent that these allegations are deemed factual, Defendant admits that venue is proper in this Court.

6. The allegations of Paragraph 6 constitute conclusions of law to which no response is required. To the extent that an answer is deemed required, Defendant admits only that Plaintiff seeks to impose this Court's jurisdiction under the FTCA and that that the federal employee involved in the incident at issue was acting in the scope of his federal employment. Defendant denies all acts of negligence on the part of the federal driver and denies that Plaintiff is entitled to the recovery she seeks from the Defendant under the FTCA.  Defendant denies all remaining allegations of Paragraph 6.

7. The allegations of Paragraph 7 constitute conclusions of law to which no response is required. To the extent an answer is deemed required, Defendant admits only that Plaintiff submitted an administrative claim to the USPS on July 6, 2021, and that a denial letter was issued for Plaintiff's claim on March 1, 2022. Except as expressly admitted, Defendant denies the remaining allegations of Paragraph 7.

8. Defendant admits that the USPS is an independent establishment of the executive branch of the federal government of the United States and that the USPS employs mail carriers that deliver mail; thus, USPS employees are federal employees. The remaining allegations of Paragraph 8 contains conclusions of law to which no response is needed.

9. Defendant admits that Javier Gilberto Buduen was employed by the USPS on November 1, 2019, and that he performed mail delivery duties in Collier County, Florida on said date within the scope of his federal duties. Except as expressly admitted, Defendant denies the remaining allegations of Paragraph 9.

10. Defendant admits that Javier Buduen was traveling in the 2871 Block of 52nd Avenue NE in Collier County, Florida on his mail route, but denies the remaining allegations of Paragraph 10.

11. Upon information and belief, Defendant admits Plaintiff was traveling east on 52nd Avenue N.E. behind Mr. Buduen's vehicle but denies the remaining allegations of Paragraph 11.

12. Defendant admits there was a collision between the vehicle operated by Plaintiff and the vehicle operated by Buduen but denies the remaining allegations of Paragraph 12.

13. For its answer to Paragraph 13, Defendant reincorporates its answers to Paragraphs 1 through 12 as if fully set forth herein.

14. Paragraph 14 sets forth a statement of law to which no response is required. To the extent the statements of Paragraph 14 could be construed to be factual allegations, Defendant denies.

15. Denied.

16. Denied.

17. Denied.

The unnumbered paragraph which begins with WHEREFORE is Plaintiff's prayer for damages and requires no response. To the extent that a response is required, Defendant denies that Plaintiff is entitled to the relief requested, or any relief.

The unnumbered paragraph entitled Certification and Closing requires no response. To the extent that a response is required, Defendant possesses insufficient information or belief to admit or deny the allegations contained therein and therefore denies the allegations.

Defendant hereby denies all allegations of the Complaint not herein above otherwise answered.

## AFFIRMATIVE DEFENSES

1. Defendant may be held liable only in the same manner and to the same extent as a private person under like circumstances under the law of the state where the alleged negligent act or omission occurred. Thus, Defendant receives the protection of all such defenses available to a private person under like circumstances under Florida law.

2. Under Section 768.81(2), Florida Statutes, Plaintiff's damages should be reduced in proportion to the contributory fault chargeable to the Plaintiff.

3. Plaintiff's claim is barred to the extent that her injury or medical condition existed before the accident alleged here.

4. Plaintiff's claim is barred to the extent that she failed to mitigate her damages.

5. The Plaintiff's claim is subject to and limited by the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671, et seq. Thus, her claim shall be tried by the court without a jury, 28 U.S.C. § 2402, and her recovery, if any, shall be limited to the amount of her administrative claim. 28 U.S.C. § 2675(b). Additionally, the Plaintiff cannot recover pre-judgment interest, 28 U.S.C. § 2674, and any recovery of post-judgment interest is limited by 31 U.S.C. § 1304(b)(1).

6. Pursuant to 28 U.S.C. 2678, Plaintiff is not entitled to a separate award of attorney's fees.

7. Plaintiff is not entitled to recovery of property damages in this case.

8. Defendant may be held liable only in the same manner and to the same extent as a private person under like circumstances under the law of the state where the alleged negligent act or omission occurred. Thus, the Defendant receives the protection of all such defenses available to a private person under like circumstances under Florida law.

9. The injuries of Plaintiff, if any, are not permanent in nature and fail to meet the threshold requirements of the Florida No-Fault Act, Section 627.737, Florida Statutes.

10. Plaintiff's claim should be reduced by the benefits that she received from her automobile insurer, e.g., personal injury protection payments under Florida Statutes Section 627.736, and other payments, as well as any other collateral sources. To the extent that the Plaintiff paid a deductible and assigned her right to collect that deductible to her insurer, she cannot recover that amount here.

11. To the extent that Plaintiff has received any payment, or the benefit of any payment, from a collateral source, the Defendant is entitled to offset in an equal amount.

12. Any recovery by Plaintiff is subject to the availability of appropriated funds. 42 U.S.C. § 233(k).

13. Defendant hereby specifically preserves any and all other defenses, not currently known, which it has or through discovery it learns may be applicable

**WHEREFORE**, having fully answered all counts of the Complaint, Defendant prays that Plaintiff take nothing by way of her Complaint, that the same be dismissed, and that judgment be awarded in favor of Defendant, together with costs and such other and further relief as the Court deems appropriate in this case.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Grace Anne Wilhelm*
        GRACE ANNE WILHELM
        Assistant United States Attorney
        USA No. 208
        400 North Tampa St., Suite 3200
        Tampa, FL 33602
        Telephone No.: (813) 274-6000
        Facsimile No.: (813) 274-6198
        E-mail: Grace.Anne.Wilhelm@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all parties of record:

> Isabel Diaz Barroso, Esquire
> idiazbarroso@forthepeople.com
> Attorney for Plaintiff

/s/ *Grace Anne Wilhelm*
GRACE ANNE WILHELM
Assistant United States Attorney
